```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

            DEC 2 2 2025

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARTIN NOVILLO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Martin_Novillo@fd.org

Attorney for Shae Belen Ortega

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SHAE BELEN ORTEGA,<br><br>        Defendant. | Case No. 2:24-mj-00474-MDC<br><br>**STIPULATION TO CONTINUE JOINT STATUS REPORT**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Martin Novillo, Assistant Federal Public Defender, counsel for Shae Belen Ortega, that the joint status report due December 18, 2025, be vacated and set to a date convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Ms. Ortega is 9 months pregnant, with an expected delivery date on December 22, 2025, and as a result has been unable to meet some of her obligations.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

1  This is the first stipulation to continue filed herein.

2  DATED this 18th day of December, 2025.

3  RENE L. VALLADARES  TODD BLANCHE
   Federal Public Defender  Deputy Attorney General of the United States
4

5  By /s/ Martin Novillo  By /s/ Skyler Pearson

6  MARTIN NOVILLO  SKYLER PEARSON
   Assistant Federal Public Defender  Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAE BELEN ORTEGA,<br><br>　　　　Defendant. | Case No. 2:24-mj-00474-MDC<br><br>ORDER |

　　IT IS THEREFORE ORDERED that the joint status report due December 18, 2025, be vacated and continued to  Tuesday, January 20, 2026.

　　DATED this 22nd day of December, 2025.

_____
UNITED STATES MAGISTRAITE JUDGE